Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JOE FANCINLINO, Respondent, v. ROCHESTER PAD AND WRAPPER COMPANY, Employer, and THE OCEAN ACCIDENT AND GUARANTEE COR-

PORATION, LTD., Insurance Carrier, Appellants.—Award affirmed. All concur, except Woodward and Cochrane, JJ., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WALTER B. ZAMPIERE, Respondent, for Compensation under the Workmen's Compensation Law, v. WILLIAM SPENCER & SON CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.—Award unanimously affirmed.